AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:24-mj-00456 | 02/01/2024 | Claudia Mercedes Sierra |

Inventory made in the presence of:
SA George Poor

Inventory of the property taken and name of any person(s) seized:

620 Illinois Ct. Apt 17, El Segundo, California, 90245

- No property or evidence taken

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/1/24

_Executing officer's signature_

SA Michael Montondoni

_Printed name and title_